**Daria Nikolayevna KORZHINA, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

**Nos. 11-71906, 12-70201**

United States Court of Appeals, Ninth Circuit.

Filed December 21, 2017

Anna Benvenue, Attorney, Robert Bradford Jobe, Esquire, Attorney, Law Offices of Robert B. Jobe, San Francisco, CA, for Petitioner

OIL, Lori Warlick, Trial Attorney, Andrew B. Insenga, Trial Attorney, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: SCHROEDER and TALLMAN, Circuit Judges, and WHALEY,* District Judge.

### ORDER

The court has considered the Respondent's motion to amend, Dkt. No. 83, and the Petitioner's opposition, Dkt. No. 84. The Respondent's Motion to Amend Opinion is GRANTED in part and DENIED in part.

The memorandum disposition filed on October 20, 2017 is amended as follows:

Replace the text on p. 2, line 19 and p. 3, lines 1-2 with the following:

Ms. Korzhina's petition for review of the BIA's denial of her motion to reopen is GRANTED, and we remand on an open record to allow the agency to resolve the application in light of current country conditions.

The Respondent's motion to amend is otherwise DENIED.